UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CARLSON, ET AL.,

        Plaintiffs,

- against -

IF MANAGEMENT, INC., ET AL.,

        Defendants.

24-cv-2919 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **July 3, 2024**.

SO ORDERED.

Dated:    New York, New York
           June 17, 2024

                                                        John G. Koeltl
                                                    **United States District Judge**