UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN CARLSON, et al.,
                Plaintiff(s)

                                              24 civ 2919 (JGK)

        -against-

IF MANAGEMENT, INC., et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, September 10, 2024, at 4:00pm, is canceled.

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 4, 2024